No. 499. DELGADO ET AL. *v.* CABASSA ET AL.—Appeal from the District Court of Mayagüez. Motion of the appellant withdrawing the appeal. Decided March 29, 1910. Motion sustained. *Mr. Manuel F. Rossy* for petitioner. *Mr. Rafael López Landrón* for respondent.

---

No. 534. MODESTO ET AL. *v.* ESTATE OF DUBOIS.—Appeal from the District Court of Humacao. Motion to dismiss the appeal. Decided April 4, 1910. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure and rule 40 of the rules of the Supreme Court. *Mr. Enrique López Díaz* for petitioner. *Mr. Eugenio Benítez Castaño* for respondent.

---

No. 535. HARVEY *v.* LEWIS.—Appeal from the District Court of San Juan. Motion to dismiss the appeal. Decided April 4, 1910. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure and rule 40 of the rules of the Supreme Court. *Messrs. Hartzell* and *Rodríguez Serra* for petitioner. *Messrs. Sweet* and *Wilcox* for respondent.

---

No. 237. THE PEOPLE *v.* HERNÁNDEZ ET AL.—Appeal from the District Court of Mayagüez. Motion of the appellant that a certificate be joined to the record. Decided April 11, 1910. Motion sustained. *Mr. Luis Méndez Vas* for petitioners. *Mr. Jesús M. Rossy, fiscal,* for respondent.

---

No. 239. THE PEOPLE *v.* ROSADO.—Appeal from the District Court of Ponce. Motion of the appellant that certain exhibits be joined to the record. Decided April 11, 1910. Motion sustained. *Messrs. José Tous Soto* and *Luis Méndez Vas* for petitioner. *Mr. Jesús M. Rossy, fiscal,* for respondent.